Certificate Number: 05781-VAE-DE-036225549

Bankruptcy Case Number: 18-34464



05781-VAE-DE-036225549

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2021, at 3:49 o'clock PM PST, Evelyn Morgan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  December 27, 2021               By:  /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:  President